**No. 26-5038**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

OSAGE NATION, a federally recognized Indian Tribe,

*Plaintiff-Appellant*,

v.

MARK WOOD, in his official capacity as Chairman of the Oklahoma Tax Commission; SHELLY PAULK, in her official capacity as Vice Chairman of the Oklahoma Tax Commission; and CHARLES PRATER, in his official capacity as Secretary of the Oklahoma Tax Commission,

*Defendants-Appellees.*

_____

On appeal from the United States District Court
for the Northern District of Oklahoma
The Hon. John D. Russell
No. 4:01-cv-516-JDR-MTS

_____

**SUPPLEMENTAL APPENDIX**

_____

GARRY M. GASKINS, II
  *Solicitor General*
WILL FLANAGAN
  *Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Garry.Gaskins@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for Defendants-Appellees*

# TABLE OF CONTENTS

| No. | Date | Description | Pages |
|-----|------|-------------|-------|
| | 07/08/26 | Docket Sheet | 003-017 |
| 162-1 | 02/21/25 | Declaration of Brett Mize | 018-020 |

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: 4:01-cv-00516-JDR-MTS

Osage Nation v. OTC
Assigned to: Judge John D Russell
Referred to: Magistrate Judge Mark T Steele
Demand: $0
Case in other court: 10th Circuit, 09-05050 (#128)
           03-05162#51cvcnsl/feepd
           US Supreme Court, 10-00537
           Tenth Circuit, 26-05038
           10th Circuit, :00-00003-05162
Cause: 28:1362 Indian Tribal Controversy

Date Filed: 07/16/2001
Date Terminated: 01/23/2009
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2001 | 139 | ***Images of Unnumbered Items from Paper File (crp, Dpty Clk) (Additional attachment(s) added on 8/30/2018: # 1 9/25/03 Receipt) (pll, Dpty Clk). (Entered: 06/01/2017) |
| 07/16/2001 | 1 | COMPLAINT (Summons(es) issued) (Consent form sent) (fee status: pd ) (lml, Dpty Clk) (Entered: 07/17/2001) |
| 07/16/2001 |  | FILING FEE PAID IN FULL by plaintiff Osage Nation on 7/16/01 in the amount of $ 150.00 receipt # 98058 (fee status: pd ) (lml, Dpty Clk) (Entered: 07/17/2001) |
| 07/16/2001 | 2 | ATTORNEY APPEARANCE for plaintiff Osage Nation by Gary S Pitchlynn (lml, Dpty Clk) (Entered: 07/17/2001) |
| 08/08/2001 | 3 | ATTORNEY APPEARANCE for defendant OTC by David L Kinney (pll, Dpty Clk) (Entered: 08/09/2001) |
| 08/08/2001 | 4 | ATTORNEY APPEARANCE for defendant OTC by Sean R McFarland (pll, Dpty Clk) (Main Document 4 replaced on 8/30/2018 to provide better image) (pll, Dpty Clk). (Entered: 08/09/2001) |
| 08/08/2001 | 5 | ATTORNEY APPEARANCE for defendant OTC by Douglas B Allen (pll, Dpty Clk) (Entered: 08/09/2001) |
| 08/08/2001 | 6 | MOTION by defendant OTC to extend time to answer (pll, Dpty Clk) (Entered: 08/09/2001) |
| 08/08/2001 | 7 | ORDER by Court Clerk granting motion to extend time to answer [6-1] to 8/24/1 (cc: mvt counsel) (pll, Dpty Clk) (Entered: 08/09/2001) |
| 08/16/2001 | 8 | RETURN OF SERVICE executed upon defendant OTC on 7/20/01 (pll, Dpty Clk) (Entered: 08/17/2001) |

**Aplee. App. 003**

| | | |
|---|---|---|
| 08/23/2001 | 9 | ATTORNEY APPEARANCE for defendant OTC by Amber L Willingham (pll, Dpty Clk) (Entered: 08/24/2001) |
| 08/23/2001 | 10 | ATTORNEY APPEARANCE for defendant OTC by LaRonna Williams Harris (pll, Dpty Clk) (Entered: 08/24/2001) |
| 08/23/2001 | 11 | APPEARANCE ( special ) for defendant OTC by Doug Allen, Sean McFarland, Amber Willingham... (pll, Dpty Clk) (Entered: 08/24/2001) |
| 08/23/2001 | 11 | ...MOTION by defendant OTC to dismiss for lack of jurisdiction (o2j) (pll, Dpty Clk) (Entered: 08/24/2001) |
| 09/10/2001 | 12 | AMENDED COMPLAINT [1-1] by plaintiff Osage Nation adding OTC aliases (pll, Dpty Clk) (Entered: 09/11/2001) |
| 09/10/2001 | | SUMMONS issued as to defendant OTC members (pll, Dpty Clk) (Entered: 09/11/2001) |
| 09/10/2001 | 13 | RESPONSE by plaintiff Osage Nation to motion to dismiss for lack of jurisdiction [11-1] (pll, Dpty Clk) (Entered: 09/11/2001) |
| 09/24/2001 | 14 | APPEARANCE ( Special ) for defendant OTC by Douglas Allen, Sean McFarland and Amber Willingham... (pll, Dpty Clk) (Entered: 09/24/2001) |
| 09/24/2001 | 14 | ...MOTION by defendant OTC to dismiss amd cmplnt for lack of jurisdiction and brf/ spprt (pll, Dpty Clk) (Entered: 09/24/2001) |
| 10/09/2001 | 15 | MINUTE ORDER: by Senior Judge Thomas R. Brett ; SCHEDULING CONFERENCE set for 11:15 11/7/01 before Senior Judge Thomas R. Brett Further, attached are copies of the joint status report form and the Court's proposed scheduling order . Any requested modifications to the proposed scheduling order will be addressed at the conference. The Court requires the parties to be familiar with Federal Rules of Civil Procedure 16 and 26 and Local Rules 16.1 and 26.1, as amended by General Order 01-2 filed March 26, 2001. Note that pursuant to Fed. R. Civ. P. 26, initial disclosures must be made w/in 14 days after you confer for the purpose of preparing the discovery plan portions of the joint status report. Parties shall make initial disclosures unless they stipulate otherwise in the joint status report. All parties are under an affirmative duty to (i) comply with the mandatory disclosure requirements, and (ii) notify the Court of any nondisclosure so that the issue can be promptly heard. Counsel shall confer among themselves and with their respective clients to complete the entire joint status report. Counsel shall submit a joint status report no later than five (5) working days prior to the scheduling conference. (cc: all counsel) (hbo, Dpty Clk) (Entered: 10/09/2001) |
| 10/09/2001 | 16 | RESPONSE by plaintiff Osage Nation to motion to dismiss amd cmplnt for lack of jurisdiction [14-1] (pll, Dpty Clk) (Entered: 10/10/2001) |
| 10/09/2001 | 17 | RETURN OF SERVICE executed upon defendant OTC, svd Robert Anderson on 9/13/01 (pll, Dpty Clk) (Main Document 17 replaced on 8/30/2018 to provide better image) (pll, Dpty Clk). (Entered: 10/10/2001) |
| 10/09/2001 | 18 | RETURN OF SERVICE executed upon defendant OTC, svd Don Kilpatrick on 9/13/01 (pll, Dpty Clk) (Entered: 10/10/2001) |
| 10/19/2001 | 19 | REPLY by defendant OTC to response to motion to dismiss amd cmplnt for lack of jurisdiction [14-1], motion to dismiss for lack of jurisdiction [11-1] (pll, Dpty Clk) |

**Aplee. App. 004**

| | | |
|---|---|---|
| | | (Entered: 10/19/2001) |
| 10/25/2001 | 20 | MINUTE ORDER: by Senior Judge Thomas R. Brett ; Scheduling Conference set 11-7-01 is stricken to be reset at a later date. (cc: all counsel) (hbo, Dpty Clk) (Entered: 10/25/2001) |
| 11/07/2001 | 21 | MINUTE ORDER: Pursuant to General Order 01-10 this case was returned to the Clerk's Office for random reassignment. Accordingly, this case is hereby reassigned to Judge James H. Payne, and shall hereafter be referred to by case number 01-CV-516-P(M). (cc: all counsel) (fe, Dpty Clk) (Entered: 11/07/2001) |
| 11/19/2001 | 22 | MINUTE ORDER by Judge James H. Payne directing parties to submit a Joint Status Report on or before 12/19/01 (cc: all counsel) (sac, Dpty Clk) (Entered: 11/19/2001) |
| 11/26/2001 | 23 | NUNC PRO TUNC MINUTE ORDER by Judge James H. Payne: The 'Order for Joint Status Report', heretofore sent to all counsel of record, is amended to reflect that the defendant is 'Oklahoma Tax Commission' rather than 'Continental Casualty.' In all other respects, the Order shall remain as heretofore sent. (cc: all counsel) (fe, Dpty Clk) (Entered: 11/26/2001) |
| 12/18/2001 | 24 | JOINT STATUS REPORT Received (sac, Dpty Clk) (Entered: 12/19/2001) |
| 12/21/2001 | 25 | MINUTE ORDER by Judge James H. Payne : ; SCHEDULING CONFERENCE set for 3:10 1/31/02 (cc: all counsel) (sac, Dpty Clk) (Entered: 12/21/2001) |
| 01/28/2002 | 26 | MINUTE ORDER by Judge James H. Payne : ; SCHEDULING CONFERENCE, heretofore set 1/31/02, is RESET for 9:30 2/1/02 (cc: all counsel & phoned) (fe, Dpty Clk) (Entered: 01/28/2002) |
| 02/01/2002 | 27 | MINUTES: by Judge James H. Payne, ; Scheduling Conference held 2/1/02 . #11 & 14 [mos/dismiss by deft] pending. Pltf to amend petition to name proper party members of OTC by 3/1/02. If case can be resolved by cross mos/SJ, parties to so state in PTO. Schedo entered. Setcon to be set in 1st 2 wks of Sept '02 & to advise Clk wi/2 wks of desire to consent to trial before MJ. [N/R] (fe, Dpty Clk) (Entered: 02/04/2002) |
| 02/01/2002 | 28 | SCHEDULING ORDER by Judge James H. Payne ; motion filing ddl set for 8/23/02 ; discovery due 8/30/02 ; proposed pretrial order due 9/19/02 ; PRETRIAL CONF set for 2:00 9/26/02 ; TRIAL set for 9:30 10/15/02 (see sched ord for further ddlns) (cc: all cnsl) (fe, Dpty Clk) (Entered: 02/04/2002) |
| 02/19/2002 | 29 | LETTER from Pitchlynn & Morse re trial before Magistrate Judge (sac, Dpty Clk) (Entered: 02/19/2002) |
| 03/01/2002 | 30 | ORDER by Magistrate Judge Frank H. McCarthy SETTLMT CONF set for 1:30 9/12/02 before Adjunct Judge Thomas G. Potts. (cc: all counsel) (jcm, Dpty Clk) (Entered: 03/01/2002) |
| 03/06/2002 | 31 | MINUTE ORDER by Judge James H. Payne : finding the motion to dismiss for lack of jurisdiction [11-1] moot, due to the filing of pltf's amd cmplnt on 9/10/01. (cc: all counsel) (crp, Dpty Clk) (Entered: 03/06/2002) |
| 07/30/2002 | 32 | ATTORNEY APPEARANCE for defendant OTC by Stephen Richard Ward (crp, Dpty Clk) (Entered: 07/31/2002) |
| 08/07/2002 | 33 | MOTION by defendant OTC to vacate scheduling ord , and for status hearing (o/j) (crp, Dpty Clk) (Main Document 33 replaced on 8/30/2018 to provide better image) (pll, Dpty Clk). (Entered: 08/07/2002) |

**Aplee. App. 005**

| | | |
|---|---|---|
| 08/22/2002 | 34 | ATTORNEY APPEARANCE for plaintiff Osage Nation by Olin Joseph Williams (sac, Dpty Clk) (Entered: 08/22/2002) |
| 08/23/2002 | 35 | RESPONSE by plaintiff Osage Nation to motion to vacate scheduling ord [33-1], to motion for status hearing [33-2] (sac, Dpty Clk) (Entered: 08/23/2002) |
| 08/26/2002 | 36 | MOTION by defendant OTC to withdraw attorney John D Russell (o/j) (crp, Dpty Clk) (Entered: 08/27/2002) |
| 08/27/2002 | 37 | NOTICE by defendant OTC of change of address of cnsl, Stephen R Ward to: Conner & Winters, PC, 3700 First Place Tower, 15 E 5th St, Tulsa, OK 74103-4344 (918) 586-5711, telecopier (918) 586-8982 (crp, Dpty Clk) (Entered: 08/28/2002) |
| 08/28/2002 | 38 | MINUTE ORDER by Magistrate Judge Paul J. Cleary : SETTLMT CONF set 9-12-02 is stricken and reset for 9:30 10/17/02 before Adjunct Judge Thomas G. Potts. Settlement conf. statements due 10-10-02. (cc: all counsel) (hbo, Dpty Clk) (Entered: 08/28/2002) |
| 08/29/2002 | 39 | ORDER by Judge James H. Payne granting motion to withdraw attorney John D Russell for OTC [36-1] (cc: all counsel) (crp, Dpty Clk) (Entered: 08/30/2002) |
| 09/05/2002 | 40 | MINUTE ORDER by Judge James H. Payne :,, setting motion to dismiss amd cmplnt for lack of jurisdiction [14-1] for HRG for 2:00 p.m., 9/9/02 (cc: all counsel & phoned) (fe, Dpty Clk) (Entered: 09/05/2002) |
| 09/09/2002 | 41 | MINUTE ORDER by Judge James H. Payne: Upon oral req/parties, Hrg. on motion to dismiss amd cmplnt for lack of jurisdiction [14-1], heretofore set for 9/9/02, is RESET for 9/25/02, 10:00 a.m. [phoned & cc: counsel] (fe, Dpty Clk) (Entered: 09/09/2002) |
| 09/10/2002 | 42 | MINUTE ORDER by Judge James H. Payne : granting motion to vacate scheduling ord [33-1], denying motion for status hearing [33-2]; vacating [28-1] schedule order (cc: all counsel) (sac, Dpty Clk) (Entered: 09/11/2002) |
| 09/25/2002 | 43 | MINUTES: by Judge James H. Payne: Case called for oral arg. on motion to dismiss amd cmplnt for lack of jurisdiction [14-1]. Motion under advisement. Parties req/strike setcon of 10/17/02 until resolution of mo/dismiss granted. Clk to advise settlement judge.[Karla McWhorter-cr] (fe, Dpty Clk) (Entered: 09/25/2002) |
| 10/16/2002 | | TRANSCRIPT of motion to dismiss hrg before Judge James H. Payne for date(s) of: 9/25/02 ( C/R: Karla McWhorter, Pages: 41 ) (crp, Dpty Clk) (Entered: 10/17/2002) |
| 11/06/2002 | 44 | UNOPPOSED MOTION by defendant OTC to substitute parties (named officials) , and to amend case caption (o/j) (sac, Dpty Clk) (Entered: 11/07/2002) |
| 11/20/2002 | 45 | ORDER by Judge James H. Payne granting motion to substitute parties (Thomas E Kemp Jr substituted for Robert E Anderson) [44-1]; granting motion to amend case caption [44-2] (cc: all counsel) (crp, Dpty Clk) (Entered: 11/20/2002) |
| 05/08/2003 | 46 | MOTION by plaintiff Osage Nation for status hearing (o/j) (sac, Dpty Clk) (Entered: 05/09/2003) |
| 05/21/2003 | 47 | RESPONSE by defendant OTC to motion for status hearing [46-1] (sac, Dpty Clk) (Entered: 05/22/2003) |
| 07/02/2003 | 48 | MINUTE ORDER by Judge James H. Payne : denying motion for status hearing [46-1] (cc: all counsel) (fe, Dpty Clk) (Entered: 07/02/2003) |

**Aplee. App. 006**

| 08/27/2003 | 49 | ORDER by Judge James H. Payne denying motion to dismiss amd cmplnt for lack of jurisdiction [14-1] (cc: all counsel) (sac, Dpty Clk) (Entered: 08/28/2003) |
|---|---|---|
| 08/29/2003 | 50 | MINUTE ORDER by Judge James H. Payne : ; SCHEDULING CONFERENCE set for 11:00 10/30/03 (cc: all counsel) (sac, Dpty Clk) (Main Document 50 replaced on 8/30/2018 to provide better image) (pll, Dpty Clk). (Entered: 09/02/2003) |
| 09/23/2003 | 51 | NOTICE OF APPEAL to USCA by defendant OTC from District Court decision [49-1] (cnsl/fees due) (crp, Dpty Clk) (Entered: 09/24/2003) |
| 09/24/2003 | 52 | PRELIMINARY RECORD on Appeal sent to USCA re: appeal [51-1] (Includes: Docket Sheet, Notice of Appeal, and Decision being appealed) (cc: all counsel) (crp, Dpty Clk) (Entered: 09/24/2003) |
| 09/25/2003 |  | APPEAL FEE PAID IN FULL by defendant OTC on 9/25/3 in amount of $ 105.00 receipt # 108904 re [51-1] (sac, Dpty Clk) (Entered: 09/26/2003) |
| 10/06/2003 | 53 | TRANSCRIPT ORDER FORM (TOF) by defendant OTC for dates: transcript is already on file re: appeal [51-1] ( 10th Circuit Case No. 03-5162 ) (crp, Dpty Clk) (Entered: 10/07/2003) |
| 10/06/2003 | 54 | NOTIFICATION by Circuit Court of Appellate Docket Number 03-5162 #51 cv cnsl/ fee pd (crp, Dpty Clk) (Entered: 10/07/2003) |
| 10/08/2003 | 55 | CLERK'S RECORD ON APPEAL sent to USCA re: appeal [51-1] ( 10th Circuit Case No. 03-5162 )[transcript already on file] (ltr mld to all counsel) (fe, Dpty Clk) (Main Document 55 replaced on 8/30/2018 to provide better image) (pll, Dpty Clk). (Entered: 10/08/2003) |
| 10/10/2003 | 58 | TRANSCRIPT ORDER FORM (TOF) by defendant OTC for dates: necessary transcript is already on file re: appeal [51-1] ( 10th Circuit Case No. 03-5162 ) (crp, Dpty Clk) (Entered: 10/14/2003) |
| 10/14/2003 | 56 | MINUTE ORDER by Judge James H. Payne: Due to Court conflict, SCHEDULING CONFERENCE of 10/30/03 is ADVANCED to 11:00 a.m., 10/24/03 (cc: all counsel) (fe, Dpty Clk) (Entered: 10/14/2003) |
| 10/14/2003 | 57 | MINUTE ORDER by Judge James H. Payne: Upon advice that case is presently on appeal by the defendants, Scheduling Conference of 10/24/03 is hereby stricken, pending decision by the 10th Circuit in regard to the appeal. (cc: all counsel) (fe, Dpty Clk) (Entered: 10/14/2003) |
| 02/15/2006 | 59 | MINUTE ORDER by Judge James H Payne *: within 10 days all nongovernmental parties are to file Disclosure Statements as mandated by Fed.R.Civ.P. 7.1.* (sjm, Dpty Clk) (Entered: 02/15/2006) |
| 01/24/2008 | 60 | DECISION from Circuit Court reversing and affirming the Decision of the District Court (awaiting mandate) (Re: 51 Notice of Appeal to Circuit Court ) (s-tjc, Dpty Clk) (Entered: 01/24/2008) |
| 03/05/2008 | 61 | MANDATE from Circuit Court (Re: 60 Decision from Circuit Court, 51 Notice of Appeal to Circuit Court ) (sam, Dpty Clk) (Entered: 03/05/2008) |
| 03/10/2008 | 62 | MINUTE ORDER by Court Clerk, setting/resetting deadline(s)/hearing(s): ( Status Report due by 3/26/2008, Scheduling Conference set for 3/28/2008 at 11:00 AM before Judge James H Payne) (pll, Dpty Clk) (Entered: 03/10/2008) |

**Aplee. App. 007**

| | | |
|---|---|---|
| 03/24/2008 | 63 | MOTION to Withdraw Attorney(s) *Stephen R. Ward As Co-Counsel for Defendants* by Oklahoma Tax Commission (Ward, Stephen) (Entered: 03/24/2008) |
| 03/25/2008 | 64 | ATTORNEY APPEARANCE by Guy Lee Hurst on behalf of THOMAS E. KEMP, JR, Constance Irby, Jerry Johnson (Hurst, Guy) (Entered: 03/25/2008) |
| 03/25/2008 | 65 | MINUTE ORDER by Judge James H Payne *: Due to the Court's schedule*, setting/resetting deadline(s)/hearing(s): ( Scheduling Conference set for 3/27/2008 at 02:00 PM before Judge James H Payne) (pll, Dpty Clk) (Entered: 03/25/2008) |
| 03/26/2008 | 66 | JOINT STATUS REPORT by THOMAS E. KEMP, JR, Constance Irby, Jerry Johnson, Osage Nation, Oklahoma Tax Commission (Williams, Olin) (Entered: 03/26/2008) |
| 03/27/2008 | 67 | MINUTE ORDER by Judge James H Payne *: Due to the Court's schedule*, setting/resetting deadline(s)/hearing(s): *(Time Change Only)* ( Scheduling Conference set for 3/27/2008 at 03:00 PM before Judge James H Payne) (pll, Dpty Clk) (Entered: 03/27/2008) |
| 03/27/2008 | 68 | MINUTES of Proceedings - held before Judge James H Payne: Scheduling Conference held on 3/27/2008 ; terminating attorney Stephen Richard Ward; Amber L Willingham; LaRonna Williams Harris and David L Kinney ; granting 63 Motion to Withdraw Attorney(s) (pll, Dpty Clk) (Entered: 03/27/2008) |
| 03/27/2008 | 69 | SCHEDULING ORDER by Judge James H Payne, setting/resetting scheduling order date(s): ( Dispositive Motions due by 1/23/2009, Discovery due by 1/30/2009, Proposed Pretrial Order due by 2/19/2009, Pretrial Conference set for 2/26/2009 at 01:30 PM before Judge James H Payne, Jury Trial set for 3/16/2009 at 09:30 AM before Judge James H Payne) (pll, Dpty Clk) (Entered: 03/27/2008) |
| 04/11/2008 | 70 | Second AMENDED COMPLAINT against Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Re: 1 Complaint ) by Osage Nation (With attachments) (Williams, Olin) (Entered: 04/11/2008) |
| 05/21/2008 | 71 | SETTLEMENT CONFERENCE ORDER by Magistrate Judge Paul J Cleary, setting/resetting deadline(s)/hearing(s): *before ASJ Limas* ( Settlement Conference set for 1/15/2009 at 09:30 AM before Adjunct Judge) (lmc, Dpty Clk) (Entered: 05/21/2008) |
| 05/30/2008 | 72 | MOTION for Summary Judgment *and Brief* by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (With attachments) (Hurst, Guy) Modified on 9/18/2008 to convert to Motion for Summary Judgment per Order 78 (pll, Dpty Clk). (Entered: 05/30/2008) |
| 05/30/2008 | 73 | MOTION for Attorney(s) Lynn Heyer Slade and William Clayton Scott to be Admitted Pro Hac Vice (paid $150 PHV fee; receipt number 10850000000000430088) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Hurst, Guy) (Entered: 05/30/2008) |
| 06/05/2008 | 74 | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been filed (U.S. Supreme Court Case Number: 07-1484) (Re: 51 Notice of Appeal to Circuit Court ) (sam, Dpty Clk) (Entered: 06/05/2008) |
| 06/06/2008 | 75 | MINUTE ORDER by Judge James H Payne *: Granting Defendants' Motion for Admission Pro Hac Vice as to Lynn Slade and William Scott* ; granting 73 Motion for Admission Pro Hac Vice (pll, Dpty Clk) (Entered: 06/06/2008) |
| 06/30/2008 | 76 | RESPONSE in Opposition to Motion (Re: 72 MOTION to Dismiss for Lack of Jurisdiction *and Brief* ) by Osage Nation ; (With attachments) (Williams, Olin) |

**Aplee. App. 008**

| | | |
|---|---|---|
| | | (Entered: 06/30/2008) |
| 07/15/2008 | 77 | REPLY to Response to Motion (Re: 72 MOTION to Dismiss for Lack of Jurisdiction *and Brief* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission ; (Scott, William) (Entered: 07/15/2008) |
| 09/18/2008 | 78 | MINUTE ORDER by Judge James H Payne *: converting Motion to Dismiss into Motion for Summary Judgment*, setting/resetting deadline(s)/hearing(s): ( Responses due by 10/3/2008, Replies due by 10/8/2008) (Re: 72 MOTION to Dismiss for Lack of Jurisdiction *and Brief* ) (pll, Dpty Clk) (Entered: 09/18/2008) |
| 09/26/2008 | 79 | BRIEF in Support of Motion (Re: 72 MOTION for Summary Judgment ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission ; (With attachments) (Scott, William) (Entered: 09/26/2008) |
| 10/03/2008 | 80 | RESPONSE in Opposition to Motion (Re: 72 MOTION for Summary Judgment ) by Osage Nation ; (With attachments) (Williams, Olin) (Entered: 10/03/2008) |
| 10/08/2008 | 81 | REPLY to Response to Motion (Re: 72 MOTION for Summary Judgment ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (Scott, William) (Entered: 10/08/2008) |
| 10/10/2008 | 82 | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been denied (U.S. Supreme Court Case Number: 07-1484) (Re: 51 Notice of Appeal to Circuit Court ) (s-srb, Dpty Clk) (Entered: 10/10/2008) |
| 10/17/2008 | 83 | CERTIFICATE of Service by Thomas E Kemp, Jr, Jerry Johnson, Constance Irby (Slade, Lynn) Modified on 10/20/2008 to add filers-Counsel notified that discovery is not to be filed (lml, Dpty Clk). (Entered: 10/17/2008) |
| 10/20/2008 | | NOTICE of Docket Entry Modification; Error: Not all filers were selected and discovery document should not be filed; Correction: Edited docket text to add filers and notified counsel discovery is not to be filed (Re: 83 Certificate of Service ) (lml, Dpty Clk) (Entered: 10/20/2008) |
| 10/20/2008 | 84 | Joint MOTION to Adopt Parties' Agreed Expert Witness and FRCP 26 Disclosure Schedule by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Osage Nation, Oklahoma Tax Commission (Williams, Olin) Modified on 10/21/2008 to correct title of event (lml, Dpty Clk). (Entered: 10/20/2008) |
| 10/21/2008 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Disclosure); Correction: Edited docket text to reflect correct event (Re: 84 MOTION to Adopt Parties' Agreed Expert Witness and FRCP 26 Disclosure Schedule ) (lml, Dpty Clk) (Entered: 10/21/2008) |
| 10/22/2008 | 85 | ORDER by Judge James H Payne *as to Expert Reports and Disclosures* ; granting 84 Motion for Miscellaneous Relief (pll, Dpty Clk) (Entered: 10/22/2008) |
| 10/30/2008 | 86 | MOTION to Strike Document(s) *Certain Exhibits to Defendants' Motion for Summary Judgment* (Re: 79 Brief in Support of Motion ) by Osage Nation (Williams, Olin) (Entered: 10/30/2008) |
| 10/31/2008 | 87 | CERTIFICATE of Service by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission (Slade, Lynn) (Entered: 10/31/2008) |
| 11/14/2008 | 88 | RESPONSE in Opposition to Motion (Re: 86 MOTION to Strike Document(s) *Certain Exhibits to Defendants' Motion for Summary Judgment* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (Scott, William) (Entered: 11/14/2008) |

**Aplee. App. 009**

| | | |
|---|---|---|
| 11/20/2008 | 89 | EXPERT WITNESS REPORT *Under Rule 26* by Osage Nation (With attachments) (Williams, Olin) (lml, Dpty Clk). Modified on 11/26/2008 to add WITHDRAWN watermark per Minute Order #92 (lml, Dpty Clk). (Entered: 11/20/2008) |
| 11/20/2008 | 90 | ATTORNEY APPEARANCE by Stephanie Elaine Moser Goins on behalf of Osage Nation (Goins, Stephanie) (Entered: 11/20/2008) |
| 11/25/2008 | 91 | Unopposed MOTION to Withdraw Document(s) (Re: 89 Expert Witness Report ) by Osage Nation (Williams, Olin) (Entered: 11/25/2008) |
| 11/25/2008 | 92 | MINUTE ORDER by Judge James H Payne *: Granting Plaintiff's Motion to Withdraw their Expert Witness Report* ; striking/withdrawing document(s); granting 91 Motion to Withdraw Documents(s) (Re: 89 Expert Witness Report ) (Documents Terminated: 89 Expert Witness Report ) (pll, Dpty Clk) (Entered: 11/25/2008) |
| 11/28/2008 | 93 | REPLY to Response to Motion (Re: 86 MOTION to Strike Document(s) *Certain Exhibits to Defendants' Motion for Summary Judgment* ) by Osage Nation ; (With attachments) (Williams, Olin) (Entered: 11/28/2008) |
| 12/09/2008 | 94 | MINUTE ORDER by Judge James H Payne *: Defendants are directed to file a Surreply to the Motion to Strike by 4:00 pm on December 15, 2008* (Re: 86 MOTION to Strike Document(s) *Certain Exhibits to Defendants' Motion for Summary Judgment* ) (pll, Dpty Clk) (Entered: 12/09/2008) |
| 12/15/2008 | 95 | SURREPLY to Motion (Re: 86 MOTION to Strike Document(s) *Certain Exhibits to Defendants' Motion for Summary Judgment* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (With attachments) (Slade, Lynn) (Entered: 12/15/2008) |
| 12/15/2008 | 96 | Initial WITNESS LIST by Osage Nation (Goins, Stephanie) (Entered: 12/15/2008) |
| 12/15/2008 | 97 | Initial EXHIBIT LIST by Osage Nation (Goins, Stephanie) (Entered: 12/15/2008) |
| 12/15/2008 | 98 | Preliminary EXHIBIT LIST by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Slade, Lynn) (Entered: 12/15/2008) |
| 12/15/2008 | 99 | Preliminary WITNESS LIST by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Slade, Lynn) (Entered: 12/15/2008) |
| 12/23/2008 | 100 | Unopposed MOTION For Status Conference by Osage Nation (Williams, Olin) (Entered: 12/23/2008) |
| 01/05/2009 | 101 | RESPONSE in Support of Motion (Re: 100 Unopposed MOTION For Status Conference ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (Slade, Lynn) (Entered: 01/05/2009) |
| 01/07/2009 | 102 | MOTION Leave To Proceed With A Representative With Limited Authority *Pursuant to LCvR16.2(e)* by Osage Nation (Williams, Olin) (Entered: 01/07/2009) |
| 01/07/2009 | | ***Motion(s) Referred to Magistrate Cleary (Re: 102 MOTION Leave To Proceed With A Representative With Limited Authority *Pursuant to LCvR16.2(e)* ) (sac, Dpty Clk) (Entered: 01/08/2009) |
| 01/08/2009 | 103 | ORDER by Magistrate Judge Paul J Cleary *Striking Settlement Conference set on 1/15/09* ; striking/terminating deadline(s)/Hearing(s); finding as moot 102 Motion for Miscellaneous Relief (kjp, Dpty Clk) (Entered: 01/08/2009) |

**Aplee. App. 010**

| 01/17/2009 | 104 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Dispositive Motions* by Osage Nation (Williams, Olin) (Entered: 01/17/2009) |
|---|---|---|
| 01/19/2009 | 105 | Unopposed MOTION for Leave to Exceed Page Limitation *for Motion for Summary Judgment Brief* by Osage Nation (Goins, Stephanie) (Entered: 01/19/2009) |
| 01/19/2009 | 106 | RESPONSE in Opposition to Motion (Re: 104 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Dispositive Motions* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (With attachments) (Scott, William) (Entered: 01/19/2009) |
| 01/20/2009 | 107 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Continue Trial* by Osage Nation (Williams, Olin) (Entered: 01/20/2009) |
| 01/20/2009 | 108 | REPLY to Response to Motion (Re: 104 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Dispositive Motions* ) by Osage Nation ; (With attachments) (Goins, Stephanie) (Entered: 01/20/2009) |
| 01/21/2009 | 109 | RESPONSE in Opposition to Motion (Re: 107 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Continue Trial* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (Scott, William) (Entered: 01/21/2009) |
| 01/21/2009 | 110 | MOTION to Compel *Discovery and for Sanctions (and Brief)* by Thomas E Kemp, Jr (With attachments) (Scott, William) (Entered: 01/21/2009) |
| 01/22/2009 | 111 | CERTIFICATE of Service by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Slade, Lynn) Modified on 1/23/09; counsel notified that pursuant to Local Rule 26.3 and General Order 01-02, discovery material is not to be filed (sac, Dpty Clk). (Entered: 01/22/2009) |
| 01/23/2009 |  | NOTICE of Docket Entry Modification; Error: this document is discovery; Correction: counsel notified that pursuant to Local Rule 26.3 and General Order 01-02, discovery material is not to be filed (Re: 111 Certificate of Service ) (sac, Dpty Clk) (Entered: 01/23/2009) |
| 01/23/2009 | 112 | MINUTE ORDER by Judge James H Payne ; granting in part and denying in part 86 Motion to Strike Document(s) (Re: 72 MOTION for Summary Judgment, 79 Brief in Support of Motion ) (pll, Dpty Clk) (Entered: 01/23/2009) |
| 01/23/2009 | 113 | OPINION AND ORDER by Judge James H Payne ; granting 72 Motion for Summary Judgment (Re: 72 MOTION for Summary Judgment, 79 Brief in Support of Motion ) (pll, Dpty Clk) (Entered: 01/23/2009) |
| 01/23/2009 | 114 | JUDGMENT by Judge James H Payne, entering judgment in favor of Defendants against Plaintiff (terminates case) (Documents Terminated: 107 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *To Continue Trial*, 104 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *for Dispositive Motions*, 105 Unopposed MOTION for Leave to Exceed Page Limitation *for Motion for Summary Judgment Brief*, 110 MOTION to Compel *Discovery and for Sanctions (and Brief)*, 100 Unopposed MOTION For Status Conference ) (pll, Dpty Clk) (Entered: 01/23/2009) |
| 01/23/2009 |  | ***Civil Case Terminated (see document number 114 ) (lml, Dpty Clk) (Entered: 01/26/2009) |
| 02/06/2009 | 115 | MOTION to Reconsider *and Brief in Support under FRCP 59* (Re: 114 Judgment,,, Entering Judgment,, 113 Opinion and Order,, Ruling on Motion for Summary |

**Aplee. App. 011**

| | | |
|---|---|---|
| | | Judgment ) by Osage Nation (With attachments) (Williams, Olin) (Entered: 02/06/2009) |
| 02/06/2009 | 116 | BILL OF COSTS by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Slade, Lynn) (Entered: 02/06/2009) |
| 02/06/2009 | 117 | BRIEF (Re: 116 Bill of Costs) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (With attachments) (Slade, Lynn) Modified on 2/9/2009 to correct title of event and create link to Doc #116 (lml, Dpty Clk). (Entered: 02/06/2009) |
| 02/09/2009 | 118 | ORDER by Court Clerk, setting/resetting deadline(s)/hearing(s): ( Cost Hearing set for 3/12/2009 at 10:00 AM before Court Clerk) (lal, Dpty Clk) (Entered: 02/09/2009) |
| 02/09/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Brief in Support of Motion); Correction: Edited docket text to reflect correct event (Brief) and created a link to Document No. 116 (Re: 117 Brief in Support of Motion ) (lml, Dpty Clk) (Entered: 02/09/2009) |
| 02/18/2009 | 119 | OBJECTION to Bill of Costs (Re: 116 Bill of Costs ) by Osage Nation (Williams, Olin) (Entered: 02/18/2009) |
| 02/24/2009 | 120 | RESPONSE in Opposition to Motion (Re: 115 MOTION to Reconsider *and Brief in Support under FRCP 59* ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (With attachments) (Scott, William) (Entered: 02/24/2009) |
| 03/04/2009 | 121 | REPLY (Re: 116 Bill of Costs, 117 Brief in Support of Motion ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson (Slade, Lynn) (Entered: 03/04/2009) |
| 03/10/2009 | 122 | REPLY to Response to Motion (Re: 115 MOTION to Reconsider *and Brief in Support under FRCP 59* ) by Osage Nation ; (Goins, Stephanie) (Entered: 03/10/2009) |
| 03/10/2009 | 123 | REPLY to Response to Motion (Re: 115 MOTION to Reconsider *and Brief in Support under FRCP 59* ) by Osage Nation ; (Goins, Stephanie) (Entered: 03/10/2009) |
| 03/12/2009 | 124 | ORDER by Court Clerk, taxing costs in amount of $14,363.72 in favor of defendants, State of Oklahoma Ex Rel. Oklahoma Tax Commission, et al. against plaintiff Osage Nation (lal, Dpty Clk) (Entered: 03/12/2009) |
| 03/16/2009 | 125 | MINUTE ORDER by Judge James H Payne ; denying 115 Motion to Reconsider Order 113 and Judgment 114 (pll, Dpty Clk) Modified on 3/17/2009 to create link to order and jgm (pll, Dpty Clk). (Entered: 03/16/2009) |
| 03/16/2009 | 126 | APPEAL (Review) of the Clerk's Taxation of Costs per FRCvP 54(d)(1) (Re: 124 Order, Taxing Costs ) by Osage Nation (Williams, Olin) (Entered: 03/16/2009) |
| 03/17/2009 | | NOTICE of Docket Entry Modification; Error: did not link to order and judgment; Correction: created link to same (Re: 125 Minute Order, Ruling on Motion to Reconsider ) (pll, Dpty Clk) (Entered: 03/17/2009) |
| 03/20/2009 | 127 | RESPONSE in Opposition to Motion (Re: 126 APPEAL (Review) of the Clerk's Taxation of Costs per FRCvP 54(d)(1) ) by Thomas E Kemp, Jr, Constance Irby, Jerry Johnson ; (Scott, William) (Entered: 03/20/2009) |
| 04/13/2009 | 128 | NOTICE OF APPEAL to Circuit Court (paid $455 appeal fee; receipt number 1085000000000543052) (Re: 125 Minute Order, Ruling on Motion to Reconsider, 114 Judgment,,, Entering Judgment,, 113 Opinion and Order,, Ruling on Motion for Summary Judgment ) by Osage Nation (Williams, Olin) (Entered: 04/13/2009) |

**Aplee. App. 012**

| | | |
|---|---|---|
| 04/14/2009 | 129 | PRELIMINARY RECORD Sent to Circuit Court (Re: 128 Notice of Appeal to Circuit Court, ) (With attachments) (sac, Dpty Clk) (Entered: 04/14/2009) |
| 04/14/2009 | 130 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 09-5050 (#128) (Re: 128 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 04/14/2009) |
| 04/14/2009 | 131 | MINUTE ORDER by Judge James H Payne *: Denying Plaintiff's Appeal/Motion to Review Bill of Costs* ; denying 126 Appeal of Clerk's Taxation of Costs (pll, Dpty Clk) Modified on 4/16/2009 to create link to 124 Costs Taxed (pll, Dpty Clk). (Entered: 04/14/2009) |
| 04/16/2009 | 132 | NOTICE of Docket Entry Modification; Error: did not link to Costs Taxed; Correction: created link (Re: 131 Minute Order,, Ruling on Appeal of Clerk's Taxation of Costs, ) (pll, Dpty Clk) (Entered: 04/16/2009) |
| 05/06/2009 | 133 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 128 Notice of Appeal to Circuit Court, ) by Osage Nation (Williams, Olin) (Entered: 05/06/2009) |
| 05/11/2009 | 134 | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: 128 Notice of Appeal to Circuit Court, ) (s-srb, Dpty Clk) (Entered: 05/11/2009) |
| 03/05/2010 | 135 | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 128 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 03/05/2010) |
| 06/02/2010 | 136 | MANDATE from Circuit Court (Re: 135 Decision from Circuit Court, 128 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 06/02/2010) |
| 11/01/2010 | 137 | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been filed (U.S. Supreme Court Case Number: 10-537) (Re: 128 Notice of Appeal to Circuit Court, ) (sam, Dpty Clk) (Entered: 11/01/2010) |
| 07/06/2011 | 138 | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been denied (U.S. Supreme Court Case Number: 10-537) (Re: 128 Notice of Appeal to Circuit Court, ) (sdc, Dpty Clk) (Entered: 07/06/2011) |
| 12/30/2024 | 140 | ATTORNEY APPEARANCE by Eugene Kenneth Bertman on behalf of Osage Nation [Note: Attorney Eugene Kenneth Bertman added to party Osage Nation(pty:pla).] (Bertman, Eugene) (Entered: 12/30/2024) |
| 12/30/2024 | 141 | ATTORNEY APPEARANCE by Simon A. Steel on behalf of Osage Nation [Note: Attorney Simon A. Steel added to party Osage Nation(pty:pla).] (Steel, Simon) (Entered: 12/30/2024) |
| 12/30/2024 | 142 | ATTORNEY APPEARANCE by V. Heather Sibbison on behalf of Osage Nation [Note: Attorney V. Heather Sibbison added to party Osage Nation(pty:pla).] (Sibbison, V. Heather) (Entered: 12/30/2024) |
| 12/30/2024 | 143 | MOTION for Leave to Exceed Page Limitation *for Motion Briefs* by Osage Nation (Steel, Simon) (Entered: 12/30/2024) |
| 12/30/2024 | 144 | ATTORNEY APPEARANCE by Clinton N Patterson, I on behalf of Osage Nation [Note: Attorney Clinton N Patterson, I added to party Osage Nation(pty:pla).] (Patterson, Clinton) (Entered: 12/30/2024) |

**Aplee. App. 013**

| | | |
|---|---|---|
| 12/30/2024 | 145 | MOTION for Attorney(s) to be Admitted Pro Hac Vice by Osage Nation (With attachments) (Bertman, Eugene) (Entered: 12/30/2024) |
| 12/31/2024 | 146 | MINUTE ORDER *by Court Clerk: This case having been returned to the Clerk of Court for reassignment and random reassignment having been completed.*, reassigning case to Judge John D Russell, *and Magistrate Judge Mark T Steele, Magistrate Judge Frank H McCarthy no longer assigned to case,* Judge James H Payne no longer assigned to case, changing case number to 01-cv-516-JDR-MTS (This entry is the Official Order of the Court. No document is attached.) (srt, Dpty Clk) (Entered: 12/31/2024) |
| 12/31/2024 | 147 | MINUTE ORDER by Judge John D Russell ; granting 143 Motion for Leave to Exceed Page Limitation (This entry is the Official Order of the Court. No document is attached.) (clb, Dpty Clk) (Entered: 12/31/2024) |
| 01/02/2025 | 148 | MOTION for Relief *from Judgment* by Osage Nation (With attachments) (Steel, Simon) (Entered: 01/02/2025) |
| 01/02/2025 | 149 | BRIEF in Support of Motion (Re: 148 MOTION for Relief *from Judgment* ) by Osage Nation ; (Steel, Simon) (Entered: 01/02/2025) |
| 01/03/2025 | 150 | PRO HAC VICE FEES Paid for attorney(s) Camille Bacon-Schulte in the amount of $125.00 (Re: 145 MOTION for Attorney(s) to be Admitted Pro Hac Vice ) (atn, Dpty Clk) (Entered: 01/03/2025) |
| 01/03/2025 | 151 | MINUTE ORDER by Judge John D Russell *: Ms. Camille Bacon-Schulte is hereby admitted pro hac vice, and is directed to file her entry of appearance forthwith* ; granting 145 Motion for Admission Pro Hac Vice (Re: 150 Pro Hac Vice Fee Paid ) (This entry is the Official Order of the Court. No document is attached.) (clb, Dpty Clk) (Entered: 01/03/2025) |
| 01/07/2025 | 152 | AFFIDAVIT/CERTIFICATE/PROOF/RETURN of Service (With attachments) (Bertman, Eugene) (Entered: 01/07/2025) |
| 01/08/2025 | 153 | AFFIDAVIT/CERTIFICATE/PROOF/RETURN of Service (With attachments) (Bertman, Eugene) (Entered: 01/08/2025) |
| 01/08/2025 | 154 | AFFIDAVIT/CERTIFICATE/PROOF/RETURN of Service by Osage Nation (With attachments) (Bertman, Eugene) (Entered: 01/08/2025) |
| 01/08/2025 | 155 | ATTORNEY APPEARANCE by Garry Michael Gaskins, II on behalf of Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission [Note: Attorney Garry Michael Gaskins, II added to party Thomas E Kemp, Jr(pty:dft), Attorney Garry Michael Gaskins, II added to party Constance Irby(pty:dft), Attorney Garry Michael Gaskins, II added to party Jerry Johnson(pty:dft), Attorney Garry Michael Gaskins, II added to party Oklahoma Tax Commission(pty:dft).] (Gaskins, Garry) (Entered: 01/08/2025) |
| 01/08/2025 | 156 | ATTORNEY APPEARANCE by Kyle Peppler on behalf of Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission [Note: Attorney Kyle Peppler added to party Thomas E Kemp, Jr(pty:dft), Attorney Kyle Peppler added to party Constance Irby(pty:dft), Attorney Kyle Peppler added to party Jerry Johnson(pty:dft), Attorney Kyle Peppler added to party Oklahoma Tax Commission(pty:dft).] (Peppler, Kyle) (Entered: 01/08/2025) |

**Aplee. App. 014**

| 01/08/2025 | 157 | ATTORNEY APPEARANCE by Samuel Thomas Black on behalf of Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission [Note: Attorney Samuel Thomas Black added to party Thomas E Kemp, Jr(pty:dft), Attorney Samuel Thomas Black added to party Constance Irby(pty:dft), Attorney Samuel Thomas Black added to party Jerry Johnson(pty:dft), Attorney Samuel Thomas Black added to party Oklahoma Tax Commission(pty:dft).] (Black, Samuel) (Entered: 01/08/2025) |
|---|---|---|
| 01/08/2025 | 158 | ATTORNEY APPEARANCE by Zachary Paul West on behalf of Thomas E Kemp, Jr, Constance Irby, Jerry Johnson, Oklahoma Tax Commission [Note: Attorney Zachary Paul West added to party Thomas E Kemp, Jr(pty:dft), Attorney Zachary Paul West added to party Constance Irby(pty:dft), Attorney Zachary Paul West added to party Jerry Johnson(pty:dft), Attorney Zachary Paul West added to party Oklahoma Tax Commission(pty:dft).] (West, Zachary) (Entered: 01/08/2025) |
| 01/21/2025 | 159 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Oklahoma Tax Commission (Black, Samuel) (Entered: 01/21/2025) |
| 01/22/2025 | 160 | ORDER by Judge John D Russell *(Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Relief From Judgment)* ; setting/ resetting deadline(s)/hearing(s): ( Responses due by 2/24/2025); granting 159 Motion to Accelerate/Extend/Reset Hearing(s)/Deadline(s) (Re: 148 MOTION for Relief *from Judgment* ) (clb, Dpty Clk) (Entered: 01/22/2025) |
| 02/05/2025 | 161 | ATTORNEY APPEARANCE by Ellen Carr on behalf of Constance Irby, Jerry Johnson, Thomas E Kemp, Jr, Oklahoma Tax Commission [Note: Attorney Ellen Carr added to party Constance Irby(pty:dft), Attorney Ellen Carr added to party Jerry Johnson(pty:dft), Attorney Ellen Carr added to party Thomas E Kemp, Jr(pty:dft), Attorney Ellen Carr added to party Oklahoma Tax Commission(pty:dft).] (Carr, Ellen) (Entered: 02/05/2025) |
| 02/21/2025 | 162 | RESPONSE in Opposition to Motion (Re: 148 MOTION for Relief *from Judgment* ) by Oklahoma Tax Commission ; (With attachments) (Black, Samuel) (Entered: 02/21/2025) |
| 02/28/2025 | 163 | MOTION to Withdraw Attorney(s) *Kyle Peppler* by Constance Irby, Jerry Johnson, Thomas E Kemp, Jr, Oklahoma Tax Commission (Peppler, Kyle) (Entered: 02/28/2025) |
| 03/03/2025 | 164 | MINUTE ORDER by Judge John D Russell ; terminating attorney Kyle Peppler ; granting 163 Motion to Withdraw Attorney(s) (This entry is the Official Order of the Court. No document is attached.) (clb, Dpty Clk) (Entered: 03/03/2025) |
| 03/06/2025 | 165 | Unopposed MOTION for Extension of Time to Reply to Motion Response (Re: 148 MOTION for Relief *from Judgment* ) by Osage Nation (Bertman, Eugene) (Entered: 03/06/2025) |
| 03/06/2025 | 166 | MINUTE ORDER by Judge John D Russell ; setting/resetting deadline(s)/hearing(s): ( Replies due by 3/21/2025); granting 165 Motion for Extension of Time to Reply to Motion Response (Re: 148 MOTION for Relief *from Judgment* ) (This entry is the Official Order of the Court. No document is attached.) (clb, Dpty Clk) (Entered: 03/06/2025) |
| 03/21/2025 | 167 | REPLY to Response to Motion (Re: 148 MOTION for Relief *from Judgment* ) by Osage Nation ; (Steel, Simon) (Entered: 03/21/2025) |

**Aplee. App. 015**

| 03/27/2025 | 168 | NOTICE United States Notification of Potential Amicus Curiae Participation (Re: 148 MOTION for Relief *from Judgment* ) by United States [Note: Attorney Amanda Eubanks added to party United States(pty:ip).] (Eubanks, Amanda) (Entered: 03/27/2025) |
| --- | --- | --- |
| 03/27/2025 | 169 | MINUTE ORDER by Judge John D Russell *: The United States is granted leave to file an amicus curiae brief regarding the Osage Nation's Rule 60(b) motion. If the United States chooses to file a brief, the brief must be filed no later than 5/30/2025*, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 5/30/2025) (Re: 148 MOTION for Relief *from Judgment*, 168 Notice (Other) ) (This entry is the Official Order of the Court. No document is attached.) (clb, Dpty Clk) (Entered: 03/27/2025) |
| 03/31/2025 | 170 | MINUTE ORDER by Court Clerk , directing United States to file a Disclosure Statement pursuant to FRCvP 7.1 and LCvR 7.1-1, if applicable. The parties shall use the form entitled Disclosure Statement available on the Courts website. (This entry is the Official Order of the Court. No document is attached.) (atn, Dpty Clk) (Entered: 03/31/2025) |
| 05/30/2025 | 171 | NOTICE Filing by the United States Regarding Amicus Curiae Participation by United States (Eubanks, Amanda) (Entered: 05/30/2025) |
| 03/02/2026 | 172 | OPINION AND ORDER by Judge John D Russell ; denying 148 Motion for Relief (clb, Dpty Clk) (Entered: 03/02/2026) |
| 03/30/2026 | 173 | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKNDC-3368009) (Re: 172 Opinion and Order, Ruling on Motion for Relief ) by Osage Nation (Bertman, Eugene) (Entered: 03/30/2026) |
| 04/01/2026 | 174 | PRELIMINARY RECORD Sent to Circuit Court (Re: 173 Notice of Appeal to Circuit Court ) (With attachments) (mm, Dpty Clk) (Entered: 04/01/2026) |
| 04/01/2026 | 175 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 26-5038 (Re: 173 Notice of Appeal to Circuit Court ) (mm, Dpty Clk) (Entered: 04/02/2026) |
| 04/15/2026 | 176 | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 173 Notice of Appeal to Circuit Court ) by Osage Nation (Bertman, Eugene) (Entered: 04/15/2026) |
| 04/15/2026 | 177 | ORDER from Circuit Court *Notice due that record is complete by 04/20/2026 for Heidi D. Campbell* (Re: 173 Notice of Appeal to Circuit Court ) (mm, Dpty Clk) (Entered: 04/15/2026) |
| 04/15/2026 | 178 | CLERK'S RECORD on Appeal Sent to Circuit Court (Re: 173 Notice of Appeal to Circuit Court ) (cjm, Dpty Clk) (Entered: 04/15/2026) |
| 05/13/2026 | 179 | NOTICE of Withdrawal of Counsel by Oklahoma Tax Commission (Slade, Lynn) (Entered: 05/13/2026) |

| **PACER Service Center** |
| --- |
| **Transaction Receipt** |
| 07/08/2026 11:26:12 |

**Aplee. App. 016**

| PACER Login: | williamflanagan | Client Code: | Osage |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 4:01-cv-00516-JDR-MTS |
| Billable Pages: | 12 | Cost: | 1.20 |

Appellate Case: 26-5038    Document: 22    Date Filed: 07/08/2026    Page: 18

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

OSAGE NATION,

                                    *Plaintiff,*

v.                                                     Case No. 01-CV-0516-JDR-MTS

MARK WOOD, *et al.*,

                                    *Defendants.*

## DECLARATION OF BRETT MIZE

I, Brett Mize, declare the following under 28 U.S.C. § 1746, and state under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I am the First Assistant District Attorney for District 10, which includes Osage County, Oklahoma and Pawnee County, Oklahoma. I have held that title since January 2021. Since October 4, 2021, I have also served as a Special Assistant United States Attorney for the United States Attorney's Office in the Northern District of Oklahoma.

2.      As the First Assistant District Attorney for Osage and Pawnee Counties, I am statutorily authorized to perform the duties of the District Attorney in his absence. My primary duties as First Assistant are to prosecute any and all state crimes occurring within District 10, defend county officers in civil litigation, supervise office personnel, and conduct an array of administrative functions for the office.

3.      District 10 utilizes an electronic case management system due to the heavy volume of criminal and civil cases the office manages. The case management system allows a user to make specific search queries, such as crime types, location of incidents, and defendant names.

**Aplee. App. 018**

4.      Even though our office in Osage County makes no distinction in the processing of Indian and non-Indian criminal charges, some suspects nevertheless notify arresting officers of their Indian status.

5.      Utilizing our case management system, I was able to query for cases in which criminal suspects were identified as Indian. My searches found that since the *McGirt* decision was issued, the Osage County office has processed over 800 criminal charges involving Indian suspects. Most of those cases have resulted in pending prosecutions or convictions. Those convictions include homicides, rapes, and numerous other violent or non-violent crimes with victims. *See, e.g., McCauley v. State*, 2024 OK CR 8, 548 P.3d 461 (Manslaughter in the First Degree); *State v. Peevyhouse*, Osage Cnty. Dist. Ct. No. CF-2022-19 (Rape in the First Degree); *State v. Deatherage*, Osage Cnty. Dist. Ct. No. CF-2020-62 (Lewd Molestation).

6.      The Osage Nation refers many criminal charges to our Osage County office. In fact, since the *McGirt* decision, the Osage Nation Police Department has referred approximately 15 criminal cases charging Indian defendants to our Osage County office for prosecution. Recently, after the Osage Nation evicted one of its citizens from Osage housing—located on trust land—the Attorney General for the Osage Nation referred criminal charges to our office for crimes that citizen allegedly committed off trust land. We accepted those charges and the prosecution is pending. *See State v. Gray*, Osage Cnty. Dist. Ct. No. CF-2025-12.

7.      Since I began serving as the First Assistant District Attorney in District 10, the U.S. Attorney's Office for the Northern District of Oklahoma, to my knowledge, has not moved to prosecute crimes occurring within Osage County based on Indian status of the

2

**Aplee. App. 019**

Appellate Case: 26-5038   Document: 22   Date Filed: 07/08/2026   Page: 20

suspect. Federal limitations periods for seeking indictments could result as bars to prosecution of pending cases and previous convictions secured by my office.

Executed on February 21, 2025.

Brett Mize

**Aplee. App. 020**

Respectfully submitted,

s/ *Garry M. Gaskins, II*

GARRY M. GASKINS, II
   *Solicitor General*
WILL FLANAGAN
   *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
   STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
Garry.Gaskins@oag.ok.gov
William.Flanagan@oag.ok.gov

*Counsel for Defendants-Appellees*